

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN BLUFORD | CIVIL ACTION NO. 13-cv-2931 |
| VERSUS | JUDGE WALTER |
| DAVID WADE CORRECTIONAL CENTER, ET AL | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion for Summary Judgment (Doc. 24)** is **granted** and this civil action is **dismissed with prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___13___ day of ___June___, 2015.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE